**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| DONNY COOPER, | ) | |
|     Petitioner, | ) | 2:10-cv-01832-JCM-RJJ |
| vs. | ) | **ORDER** |
| STATE OF NEVADA, *et al.*, | ) | |
|     Respondents. | ) | |

This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by Donny Cooper, who is represented by counsel. On May 9, 2011, the court entered an order denying the motion to dismiss and directing petitioner to file an amended caption page naming the proper respondents. (ECF No. 8). On May 11, 2011, petitioner filed an amended caption page. (ECF No. 9). The court now sets a further scheduling order for this action.

**IT IS THEREFORE ORDERED** that respondents **SHALL FILE AN ANSWER** to the petition within **forty-five (45) days** from the entry of this order. The answer shall include all procedural as well as substantive arguments on the merits of all grounds of the petition. **No further motions to dismiss will be entertained**. In filing the answer, respondents shall comply with the requirements of Rule 5 of the Rules Governing Proceedings in the United States District Courts under 28 U.S.C. §2254.

1     **IT IS FURTHER ORDERED** that petitioner **SHALL FILE A REPLY** to the answer
2 within **forty-five (45) days** after being served with the answer.
3     Dated this <u>  16th  </u> day of May, 2011.

                                                     /s/ James C. Mahan
                                               UNITED STATES DISTRICT JUDGE